In the Matter of the Application of ROBERT F. DOWNING, Respondent, to Review a Determination of the Board of Elections of the City of New York.

WILLIAM T. MAHAN, Appellant.

*Matter of Downing (Mahan)*, 134 App. Div. 945, affirmed.
(Argued October 27, 1909; decided October 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

October 25, 1909, which affirmed an order of Special Term reversing a determination of the board of elections of the city of New York.

*George E. Josephs* for appellant.

No one for respondent.

Order affirmed, without costs ; no opinion.

Concur : CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Absent : GRAY, J.